**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1068

_____

MARIE FALTAS, M.D., M.P.H., on behalf of herself and classes she represents,

Plaintiff - Appellant,

v.

LARRY MCCANTS, in his official capacity,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Senior District Judge. (3:92-cv-02786-JFA)

_____

Submitted: November 21, 2022                    Decided: December 8, 2022

_____

Before NIEMEYER, RUSHING, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad-Faltas appeals the district court's text order denying her renewed Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Assa'ad-Faltas v. McCants*, No. 3:92-cv-02786-JFA (D.S.C. Jan. 5, 2022); *see also Dowell v. State Farm Fire & Cas. Auto. Ins. Co.*, 993 F.2d 46, 48 (4th Cir. 1993) (recognizing that a Rule 60(b) movant must make a threshold showing of "timeliness, a meritorious defense, a lack of unfair prejudice to the opposing party, and exceptional circumstances" (internal quotation marks omitted)); *McLawhorn v. John W. Daniel & Co.*, 924 F.2d 535, 538 (4th Cir. 1991) ("[A] Rule 60(b) motion is not timely brought when it is made three to four months after the original judgment and no valid reason is given for the delay."). We deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2